UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                           Case No. 25-30705
                                            Originating No.  25MJ650

**MOISES ORDUNA-RIOS,**

       Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

      Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MOISES ORDUNA-RIOS,** to answer to charges pending in another federal district, and states:

      1.   On **November 18, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of New York based on a criminal complaint**.  Defendant is charged in that district with violation of **18 United States Code, Sections 371 and 1957 and 1956(h) and 8 United States Code Sections 1324(a)(1)(A)(ii), (a)(1)(A)(i) and (B)(ii), (a)(1)(A)(v)(I), 1324(a)(3), 1324a 5841 and 5861(d) and 5871 – Conspiracy, Transporting Unauthorized Aliens for Commercial Advantage or Private Financial Gain, Harboring Unauthorized Aliens for Commercial Advantage or Private Financial**

**Gain, Conspiracy to Bring in, Harbor and Transport Unauthorized Aliens, Employment of at Least 10 Unauthorized Aliens within a 12-month Period, Engaging in a Pattern or Practice of Employing Unauthorized Aliens and Money Laundering and Conspiracy to Commit Money Laundering.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

s/*Stephen Carr*
STEPHEN CARR
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: November 18, 2025